UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EVANTHIA C. ARETAKIS and ) <br> CHARLES F. SVIRK, JR., ) <br> ) <br>     Plaintiffs, ) <br> ) <br>     v. ) <br> ) <br> GENERAL SIGNAL, INC., GENERAL ) <br> SIGNAL NETWORKS, INC., SPX CORP., ) <br> INRANGE TECHNOLOGIES CORP., ) <br> ROBERT COACKLEY, "JOHN DOE" and ) <br> "JANE DOE," ) <br> ) <br>     Defendants. ) | Civil Action No. 05-10257 DPW |

**AFFIDAVIT OF FILING CERTIFIED COPY OF NOTICE OF REMOVAL**

I, Jeffrey L. Levy, hereby depose and state that I am one of the attorneys for the defendant Inrange Technologies Corp. in this action, and that on February 9, 2005, I caused a certified copy of the Notice of Removal to be filed by mail with the Clerk of the Sufffolk Superior Court and requested, pursuant to Local Rule 81.1(a), that the clerk provide me with certified or attested copies of all records and proceedings in the state court action. I also caused a copy of the Notice of Removal to be served by mail upon counsel for the plaintiff, Kenneth I. Gordon, Esq., 63 Chatham Street, Boston, MA 02109.

Signed under the penalties of perjury this 9th day of February 2005.

                                                    /s/ Jeffrey L. Levy
                                                  Jeffrey L. Levy