UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EVANTHIA C. ARETAKIS and<br>CHARLES F. SVIRK, JR.,<br><br>    Plaintiffs,<br><br>v.<br><br>GENERAL SIGNAL, INC., GENERAL<br>SIGNAL NETWORKS, INC., SPX CORP.,<br>INRANGE TECHNOLOGIES CORP.,<br>ROBERT COACKLEY, "JOHN DOE" and<br>"JANE DOE,"<br><br>    Defendants. | Civil Action No. 05-10257-DPW |

### INRANGE TECHNOLOGIES CORP.'S ASSENTED-TO
### MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

    Defendant Inrange Technologies Corp. moves that the time within which it is required to answer, move, or otherwise respond to the complaint shall be enlarged to and including March 15, 2005.

ASSENTED TO:

| | |
|---|---|
| EVANTHIA C. ARETAKIS and<br>CHARLES F. SVIRK, JR. | INRANGE TECHNOLOGIES CORP. |
| By their attorney, | By its attorneys, |
| /s/Kenneth I. Gordon<br>Kenneth I. Gordon (BBO #556762)<br>63 Chatham Street<br>Boston, MA 02109<br>(617)742-4602 | /s/ Jeffrey L. Levy<br>Jeffrey L. Levy (BBO# 559438)<br>CORRIGAN & LEVY LLP<br>896 Beacon Street<br>Boston, Massachusetts 02215<br>(617)247-3800 |

Dated: February 11, 2005.