UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

EVANTHIA C. ARETAKIS, et al.,

                 Plaintiffs,

v.

GENERAL SIGNAL, INC., et al.,

                 Defendants.

FILED
IN CLERKS OFFICE

2005 FEB 14  P 4:05

U.S. DISTRICT COURT
DISTRICT OF MASS.

Civil Action No. 05-10257-DPW

TO THE CLERK OF THE ABOVE-NAMED COURT:

## NOTICE OF APPEARANCE

Please enter my appearance for Defendant SPX Corporation

Jeffrey B. Storer (BBO# 482620)
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

### Certificate of Service

I certify that I served a true copy of the foregoing document on the attorney of record for each other party by mail on February 14, 2005.

Jeffrey B. Storer

9653276_1.DOC