UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 14 P 4: 05

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| EVANTHIA C. ARETAKIS, et al., | |
| Plaintiffs, | |
| v. | Civil Action No. 05-10257-DPW |
| GENERAL SIGNAL, INC., et al., | |
| Defendants. | |

**DEFENDANT SPX CORPORATION'S CORPORATE DISCLOSURE STATEMENT**

Defendant SPX Corporation has no parent corporation and no publicly held company owns ten percent or more of its stock.

SPX CORPORATION
By its attorneys,

Jeffrey B. Storer (BBO# 482620)
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

Certificate of Service

I certify that I served a true copy of the foregoing document on the attorney of record for each other party by mail on February 14, 2005.

Jeffrey B. Storer

9653269_1.DOC