UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 14 P 4: 04

U.S. DISTRICT COURT
DISTRICT OF MASS.

EVANTHIA C. ARETAKIS, et al.,

      Plaintiffs,

v.

GENERAL SIGNAL, INC., et al.,

      Defendants.

Civil Action No. 05-10257-DPW

## DEFENDANT SPX CORPORATION'S ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME

Defendant SPX Corporation moves that the time within which it is required to answer, move, or otherwise respond to the complaint shall be enlarged to and including March 15, 2005. Counsel for plaintiffs, Kenneth I. Gordon, has assented to this motion.

|  | Assented To: |
|---|---|
| SPX CORPORATION | EVANTHIA C. ARETAKIS, et al. |
| By its attorneys, | By their attorneys, |
| /s/ Jeffrey B. Storer | /s/ Kenneth I. Gordon by JBS |
| Jeffrey B. Storer (BBO# 482620) | Kenneth I. Gordon (BBO# 556762) |
| Ropes & Gray LLP | 63 Chatham Street |
| One International Place | Boston, MA 02109 |
| Boston, MA 02110-2624 | (617) 742-4602 |
| (617) 951-7000 | |

### CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing document was served upon the attorney of record for each other party by mail on February 14, 2005.

/s/ Jeffrey B. Storer
Jeffrey B. Storer

9652146_1.DOC