UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EVANTHIA C. ARETAKIS and<br>CHARLES F. SVIRK, JR.,<br><br>      Plaintiffs,<br><br>      v.<br><br>GENERAL SIGNAL, INC., GENERAL<br>SIGNAL NETWORKS, INC., SPX CORP.,<br>INRANGE TECHNOLOGIES CORP.,<br>ROBERT COACKLEY, "JOHN DOE" and<br>"JANE DOE,"<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 05-10257-DPW |

## ANSWER OF DEFENDANT INRANGE TECHNOLOGIES CORP.

For its Answer to the Complaint of Plaintiffs Evanthia C. Aretakis ("Aretakis") and Charles F. Svirk, Jr. ("Svirk"), Defendant Inrange Technologies Corporation ("Inrange") states as follows:

    1.    States that no response is necessary to paragraph 1.

    2.    Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 2.

    3.    Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 3.

    4.    Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 4.

    5.    Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 5.

6. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 6.

7. As to paragraph 7, states that Inrange is a Delaware corporation with its principle place of business in New Jersey, admits that Inrange is authorized to transact business in the Commonwealth of Massachusetts, and denies the remainder of the allegations in the paragraph.

8. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 8.

9. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 9.

10. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 10.

11. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 11.

12. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 12.

13. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 13.

14. Denies paragraph 14, stating that Inrange became a wholly-owned subsidiary of Computer Network Technology Corporation in May, 2003.

15. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 15.

16. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 16.

17. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 17.

18. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 18.

19. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 19.

20. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 20.

21. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 21.

22. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 22.

23. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 23.

24. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 24.

25. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 25.

26. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 26.

27. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 27.

28. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 28.

29. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 29.

30. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 30.

31. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 31.

32. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 32.

33. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 33.

34. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 34.

35. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 35.

36. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 36.

37. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 37.

38. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 38.

39. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 39.

40. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 40.

41. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 41.

**FIRST CLAIM**

42. Restates its responses to the previous paragraphs.

43. States that this paragraph contains a legal conclusion to which no response is necessary.

44. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 44.

45. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 45.

46. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 46.

47. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 47.

48. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 48,

49. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 49.

50. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 50.

51. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 51.

52. Denies paragraph 52.

53. Denies paragraph 53.

54. Denies paragraph 54.

55. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 55.

## **SECOND CLAIM**

56. Restates its responses to the previous paragraphs.

57. States that paragraph 57 contains a legal conclusion to which no response is necessary.

58. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 58.

59. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 59.

60. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 60.

61. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 61.

62. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 62.

63. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 63.

64. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 64.

65. Denies paragraph 65.

### THIRD CLAIM

66. Restates is responses to the previous paragraphs.

67. States that paragraph 67 contains a legal conclusion to which no response is necessary.

68. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 68.

69. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 69.

70. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 70.

71. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 71.

72. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 72.

73. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 73.

74. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 74.

75. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 75.

76. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 76.

77. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 77.

78. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 78.

79. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 79.

80. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 80.

81. Denies paragraph 81.

82. Denies paragraph 82.

83. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 83.

84. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 84.

85. States that paragraph 85 contains a legal conclusion to which no response is necessary.

## **FOURTH CLAIM**

86. Restates its responses to the previous paragraphs.

87. States that paragraph 87 contains a legal conclusion to which no response is necessary.

88. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 88.

89. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 89.

90. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 90.

91. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 91.

92. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 92.

93. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 93.

94. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 94.

95. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 95.

96. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 96.

97. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 97.

98. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 98.

99. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 99.

100. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 100.

101. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 101.

102. Denies paragraph 102.

103. Is without information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 103.

104. Denies paragraph 104.

### First Affirmative Defense

Plaintiff Svirk lacks standing to assert these claims.

### Second Affirmative Defense

The plaintiffs' claims are barred by the applicable statute of limitations.

### Third Affirmative Defense

The plaintiffs' claims are barred by the equitable doctrine of laches.

### Fourth Affirmative Defense

The plaintiffs' claims are barred by the equitable doctrines of waiver and estoppel.

### Fifth Affirmative Defense

The plaintiffs' claims are barred by the plaintiffs' unclean hands.

**Sixth Affirmative Defense**

The plaintiffs' contract claim fails for lack of consideration.

**Seventh Affirmative Defense**

The plaintiffs' contract claim is barred by an accord and satisfaction, or a novation.

**Eighth Affirmative Defense**

The Complaint fails to state a claim upon which relief may be granted.

**Ninth Affirmative Defense**

The plaintiffs' claim under M.G.L. c. 93A fails because it arises out of an employment relationship.

**Tenth Affirmative Defense**

To the extent the Complaint purports to allege fraud, it does not do so with the requisite particularity.

**Eleventh Affirmative Defense**

The plaintiffs' damages, if any, have been caused by their own acts or omissions.

**Twelfth Affirmative Defense**

The Complaint, and each and every count thereof, is barred by the applicable statutes of limitations.

WHEREFORE, Inrange respectfully requests that this Court enter judgment as follows:

1. Dismissing the Complaint in its entirety, with prejudice;

2.  Awarding Inrange its costs and reasonable attorneys' fees; and

3.  Granting such other relief as is just and equitable.

                    INRANGE TECHNOLOGIES CORP.

                    By its attorneys,

                    /s/ Jeffrey L. Levy
                    Jeffrey L. Levy (BBO# 559438)
                    CORRIGAN & LEVY LLP
                    896 Beacon Street
                    Boston, Massachusetts 02215
                    (617)247-3800

Of counsel:            Thomas J. Conley
                    LEONARD, STREET AND DEINARD
                    PROFESSIONAL ASSOCIATION
                    150 South Fifth Street
                    Suite 2300
                    Minneapolis, Minnesota 55402
                    (612) 335-1500

Dated:   March 14, 2005