UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EVANTHIA C. ARETAKIS and<br>CHARLES F. SVIRK, JR.,<br><br>    Plaintiffs,<br><br>v.<br><br>GENERAL SIGNAL, INC., GENERAL<br>SIGNAL NETWORKS, INC., SPX CORP.,<br>INRANGE TECHNOLOGIES CORP.,<br>ROBERT COACKLEY, "JOHN DOE" and<br>"JANE DOE,"<br><br>    Defendants. | Civil Action No. 05-10257-DPW |

## DEFENDANT INRANGE TECHNOLOGIES CORP.'S
## CORPORATE DISCLOSURE STATEMENT

    Defendant Inrange Technologies Corp. is a wholly owned subsidiary of Computer Network Technology Corporation, a publicly traded company.

                                                                           INRANGE TECHNOLOGIES CORP.

                                                                           By its attorneys,

                                                                           /s/ Jeffrey L. Levy
                                                                           Jeffrey L. Levy (BBO# 559438)
                                                                           CORRIGAN & LEVY LLP
                                                                           896 Beacon Street
                                                                           Boston, Massachusetts 02215
                                                                           (617)247-3800

Dated: March 3, 2005.