UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10257

| | |
|---|---|
| EVANTHIA C. ARETAKIS and <br> CHARLES F. SVIRK, JR., <br>                            Plaintiffs, <br>   -v.- <br><br> GENERAL SIGNAL, INC., GENERAL SIGNAL <br> NETWORKS, INC., SPX CORP., INRANGE <br> TECHNOLGIES CORP., ROBERT COACKLEY, <br> "JOHN DOE" and "JANE DOE", <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**MOTION FOR ADMISSION PRO HAC VICE**

      The Plaintiffs, Evantia C. Aretakis and Charles F. Svirk, Jr., through Massachusetts counsel Kenneth I. Gordon, hereby moves this Court to admit John A. Aretakis, Esq., a member of the Bar of the State of New York, *pro hac vice*, for the purpose of representing the interest of the Plaintiff in this matter. Attorney Aretakis has been involved in the research and development of this lawsuit for some time. The Plaintiff would benefit by representation from Attorney Aretakis, along with assistance of Massachusetts counsel herein. The undersigned, or alternate Massachusetts counsel, will remain actively involved in this matter until it is resolved.

                                                              By Plaintiff's Attorney

                                                              /s/ Kenneth I. Gordon
                                                             KENNETH I. GORDON, BBO# 556 762
                                                             63 Chatham Street
                                                             Boston, MA  02109
                                                             (617) 742-4602