UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10257

_____
EVANTHIA C. ARETAKIS and                )
CHARLES F. SVIRK, JR.,                  )
                    Plaintiffs,         )
    -v.-                                )
                                        )
GENERAL SIGNAL, INC., GENERAL SIGNAL    )
NETWORKS, INC., SPX CORP., INRANGE      )
TECHNOLGIES CORP., ROBERT COACKLEY,     )
"JOHN DOE" and "JANE DOE",              )
    Defendants.                         )
_____

AFFIDAVIT OF JOHN A. ARETAKIS
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, John A. Aretakis, affirm, depose and state:

1. I am a member of the bar in good standing of every jurisdiction in which I have been admitted to practice, including the bar of the State of New York. I am a member of the federal bar in the Northern, Southern and Eastern Districts of New York. I was first admitted to practice in 1986.

2. I was graduated from Albany Law School in 1985 and Georgetown Law School in 1986 with a Masters in Law.

3. I have never been disciplined by any board of bar overseers or similar body in any jurisdiction in which I have ever been admitted. There are no pending disciplinary proceedings pending against me as a member of the bar of any jurisdiction filed by any client or former client. However, there are pending disciplinary proceedings pending against me in the State of New York that were filed by an opponent in litigation. No discipline has been imposed and no wrongdoing has been found.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 15th day of March, 2005.

            __/s/ John A. Aretakis____
            John A. Aretakis, Esq.