UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10257

| | |
|---|---|
| EVANTHIA C. ARETAKIS and <br> CHARLES F. SVIRK, JR., <br>                               Plaintiffs, <br>   -v.- <br><br> GENERAL SIGNAL, INC., GENERAL SIGNAL <br> NETWORKS, INC., SPX CORP., INRANGE <br> TECHNOLGIES CORP., ROBERT COACKLEY, <br> "JOHN DOE" and "JANE DOE", <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ASSENTED TO MOTION TO CONTINUE SCHEDULING CONFERENCE

The Plaintiffs, Evantia C. Aretakis and Charles F. Svirk, Jr., through Massachusetts counsel Kenneth I. Gordon, together with counsel for all of the Defendants, hereby move to continue the Scheduling Conference now calendared for April 7, 2005. The Parties have conferred with each other and with the Court and request the Scheduling Conference be moved to April 27, 2005 at 2 p.m.

By Plaintiff's Attorney

_/s/ Kenneth I. Gordon_____
KENNETH I. GORDON, BBO# 556 762
63 Chatham Street
Boston, MA  02109
(617) 742-4602