UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EVANTHIA C. ARETAKIS and<br>CHARLES F. SVIRK, JR.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GENERAL SIGNAL, INC., GENERAL<br>SIGNAL NETWORKS, INC., SPX CORP.,<br>INRANGE TECHNOLOGIES CORP.,<br>ROBERT COACKLEY, "JOHN DOE" and<br>"JANE DOE,"<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　Civil Action No. 05-10257-DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 85.5.3, Jeffrey L. Levy, a member of the bar of this Court and counsel for the defendant Inrange Technologies Corp., hereby moves the *pro hac vice* admission of Thomas J. Conley to participate in the representation of Inrange Technologies Corp. in this matter. As grounds for this motion, counsel relies on the Local Rule 85.5.3 Certificate signed by Mr. Conley and filed herewith.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Jeffrey L. Levy
　　　　　　　　　　　　　　　　　　　　Jeffrey L. Levy (BBO# 559438)
　　　　　　　　　　　　　　　　　　　　CORRIGAN & LEVY LLP
　　　　　　　　　　　　　　　　　　　　896 Beacon Street
　　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02215
　　　　　　　　　　　　　　　　　　　　(617)247-3800

Dated: March 28, 2005.