UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EVANTHIA C. ARETAKIS and <br> CHARLES F. SVIRK, JR., <br> <br> Plaintiffs, <br> <br> v. <br> <br> GENERAL SIGNAL, INC., GENERAL <br> SIGNAL NETWORKS, INC., SPX CORP., <br> INRANGE TECHNOLOGIES CORP., <br> ROBERT COACKLEY, "JOHN DOE" and <br> "JANE DOE," <br> <br> Defendants. | Civil Action No. 05-10257-DPW |

## LOCAL RULE 83.5.3 CERTIFICATE

Thomas J. Conley hereby certifies as follows:

1. I am one of the attorneys representing defendant Inrange Technologies Corp. in this action. I submit this Certificate in support of my application for admission *pro hac vice* pursuant to Local Rule 83.5.3.

2. I am a partner in the law firm of Leonard, Street & Deinard in Minneapolis, Minnesota. I have been a member of the Minnesota bar since 1989. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice, and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury this 16th day of March, 2005.

/s/ Thomas J. Conley_____
Thomas J. Conley