UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10257

| | |
|---|---|
| EVANTHIA C. ARETAKIS and <br> CHARLES F. SVIRK, JR., <br> Plaintiffs, <br> v. <br> GENERAL SIGNAL, INC., GENERAL SIGNAL <br> NETWORKS, INC., SPX CORP., INRANGE <br> TECHNOLGIES CORP., ROBERT COACKLEY, <br> "JOHN DOE" and "JANE DOE", <br> Defendants. | ) <br> ) <br> ) **C.A. No. 05-10257** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**JOINT STATEMENT OF THE PARTIES
PURSUANT TO LOCAL RULE 16.1 (D)(1) AND (D)(2)**

The Parties, Evanthia C. Aretakis ("Aretakis") and Charles F. Svirk, Jr. ("Svirk"), SPX Corp. ("SPX") and Inrange Technologies, Corp. ("IRC"), hereby submit the following joint statement containing a proposed pretrial schedule:

**1.  Automatic Disclosures**

Pursuant to the Court's Notice of Scheduling Conference, the Parties will comply with Local Rule 26.2(A) with respect to automatic disclosure on or before May 11, 2005.

**2.  Joint Discovery Plan (Agreed Upon) Pursuant to Local Rule 16.1(D)**

December 1, 2005 - All written discovery/fact depositions completed.

January 3, 2006 – Plaintiffs' expert disclosure.

February 1, 2006 – Defendants' expert disclosure.

March 1, 2006 - All expert discovery and depositions completed.

March 16, 2006 - All dispositive motions filed.

April 15, 2006 - All oppositions to dispositive motions filed.

June 3, 2006 - Final pretrial conference.

July 1, 2006 - Trial.

3.  **Certifications of Counsel and Client**

Both plaintiffs and defendants have conferred with their clients and have executed certifications consistent with the requirements of Local Rule 16.1(D)(3), which will be filed separately with the Court.

4.  **Agenda of Matters to be Discussed at Pretrial Conference - Rule 16.1(B)**

(a) The scheduling of discovery and trial.

(b) The Plaintiffs' Motion for Admission *Pro Hac Vice* of Attorney John Aretakis.

(c) The possibility of a motion by SPX Corporation under Fed.R.Civ.P. 11 if Plaintiffs do not voluntarily dismiss SPX Corporation.

5.  **Trial by Magistrate**

The Parties do not consent to trial by magistrate judge.

6.  **Written Offer of Settlement**

Consistent with Local Rule 16.1(C), the Plaintiffs will present a Settlement Demand by April 18, 2005 and the Defendants will respond by the conference date.

Respectfully submitted,

| | |
|---|---|
| EVANTIA C. ARETAKIS, <br> CHARLES F. SVIRK <br> By their attorneys, | [application pending] <br> _____ <br> John A. Aretakis, Esq. |
| /s/ Kenneth Gordon <br> Kenneth I. Gordon, BBO# 556762 <br> 63 Chatham Street <br> Boston, MA  02109 <br> (617) 742-4602 <br> kgordon@gordonlawoffice.com | 242 E. 54th Street <br> New York, NY  10022 |

ID # 117625v01/8692-5
4/19/2005

2

3

| | |
|---|---|
| SPX CORPORATION<br>By Its Attorneys<br><br>_____<br>Jeffrey B. Storer, BBO# 482620<br>Ropes & Gray, LLP<br>One International Place<br>Boston, MA 02110-2624<br>(617) 951-7000<br>jstorer@ropesgray.com | INRANGE TECHNOLOGIES CORP.<br>By Its Attorney,<br><br>_____<br>Thomas J. Conley, *Pro Hac Vice*<br>Leonard, Street and Deinard, PA<br>150 South Fifth St., Ste. 2300<br>Minneapolis, MN  55402<br>(612) 335-1634<br>tj.conley@leonard.com<br><br><br>_____<br>Jeffrey L. Levy, Esq. BBO #559438.<br>Corrigan & Levy LLP<br>896 Beacon Street<br>Boston, Massachusetts 02215 USA<br>617 247 3800 tel<br>617 867 9224 fax<br>jeff@corriganlevy.com |

Dated: April __, 2005