UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10257

_____
EVANTHIA C. ARETAKIS and                    )
CHARLES F. SVIRK, JR.,                      )
                                            )
                    Plaintiffs,             )
     -v.-                                   )
                                            )
GENERAL SIGNAL, INC., GENERAL SIGNAL        )
NETWORKS, INC., SPX CORP., INRANGE          )
TECHNOLGIES CORP., ROBERT COACKLEY,         )
"JOHN DOE" and "JANE DOE",                  )
         Defendants.                        )
_____)


CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 16.1(D)(3)

The attorneys and Evanthia C. Aretakis and Charles F. Svirk, Jr., with authority to settle and direct litigation in this matter, hereby certify that they have conferred

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of litigation; and

(b) to consider the resolution of the litigation through the use of Alternative Dispute Resolution Programs.


Dated: April 4, 2005


 /s/ Evanthia C. Aretakis                    /s/ Kenneth I. Gordon
Evanthia C. Aretakis                        Kenneth I. Gordon, BBO# 556762
                                            Attorney at Law
/s/ Charles F. Svirk, Jr.                   63 Chatham Street
Charles F. Svirk, Jr.                       Boston, MA 02109

                                             /s/ John A. Aretakis
                                            JOHN A. ARETAKIS, ESQ.
                                            353 East 54th Street
                                            New York, New York 10022-4965
                                            (212) 751-7853