UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EVANTHIA C. ARETAKIS and<br>CHARLES F. SVIRK, JR.,<br><br>    Plaintiffs,<br><br>v.<br><br>GENERAL SIGNAL, INC., GENERAL<br>SIGNAL NETWORKS, INC., SPX CORP.,<br>INRANGE TECHNOLOGIES CORP.,<br>ROBERT COACKLEY, "JOHN DOE" and<br>"JANE DOE,"<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No. 05-10257-DPW |

**DEFENDANT INRANGE TECHNOLOGIES CORP.'S**
**LOCAL RULE 16.1(D)(3) CERTIFICATION**

    Defendant Inrange Technologies Corp. certifies that it has conferred with counsel with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.


INRANGE TECHNOLOGIES CORP.    INRANGE TECHNOLOGIES CORP.

By its authorized representative,    By its attorneys,

  /s/ Greg Barnum_____       /s/ Thomas J. Conley_____
                                            Thomas J. Conley
                                            LEONARD, STREET AND DEINARD, P.A.
                                            150 South Fifth Street, Suite 2300
                                            Minneapolis, Minnesota 55402
                                            (612) 335-1500


                                             /s/ Jeffrey L. Levy_____
                                            Jeffrey L. Levy (BBO# 559438)
                                            CORRIGAN & LEVY LLP
                                            896 Beacon Street
                                            Boston, Massachusetts 02215
                                            (617)247-3800

Dated: April 8, 2005.