UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EVANTHIA C. ARETAKIS, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>GENERAL SIGNAL, INC., et al.,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 05-10257-DPW |

**DEFENDANT SPX CORPORATION'S CERTIFICATION UNDER LR 16.1(D)(3)**

We, Jeffrey B. Storer, counsel for defendant SPX Corporation, and Roibin J. Ryan, Assistant General Counsel of SPX Corporation, certify that we have conferred:

　　(a)　with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation; and

　　(b)　to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Jeffrey B. Storer
　　　　　　　　　　　　　　　　　　　　　　　Jeffrey B. Storer (BBO# 482620)
　　　　　　　　　　　　　　　　　　　　　　　Ropes & Gray
　　　　　　　　　　　　　　　　　　　　　　　One International Place
　　　　　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02110-2624
　　　　　　　　　　　　　　　　　　　　　　　(617) 951-7000

　　　　　　　　　　　　　　　　　　　　　　　/s/ Roibin J. Ryan
　　　　　　　　　　　　　　　　　　　　　　　Roibin J. Ryan