UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EVANTHIA C. ARETAKIS and ) <br> CHARLES F. SVIRK, JR., ) <br> Plaintiffs, ) <br> v. ) <br> GENERAL SIGNAL, INC., GENERAL SIGNAL ) <br> NETWORKS, INC., SPX CORP., INRANGE ) <br> TECHNOLGIES CORP., ROBERT COACKLEY, ) <br> "JOHN DOE" and "JANE DOE", ) <br> Defendants. ) | **C.A. No. 05-10257** |

### STIPULATION OF DISMISSAL
### OF DEFENDANT SPX CORPORATION

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), the Parties, Evanthia Aretakis, Charles V. Svirk, SPX Corporation and Inrange Technologies Corp., hereby stipulate to the Dismissal of all claims brought against SPX Corporation, without costs and without rights of appeal.

Respectfully submitted,

EVANTIA C. ARETAKIS and CHARLES F. SVIRK
By their attorneys,

| | |
|---|---|
| /s/ Kenneth Gordon | /s/ John J. Aretakis |
| Kenneth I. Gordon, BBO# 556762 | John J. Aretakis, *Pro Hac Vice* |
| 63 Chatham Street | 353 E. 54th Street |
| Boston, MA 02109 | New York, NY 10022 |
| (617) 742-4602 | (212) 751-7853 fax (518) 286-3065 |
| kgordon@gordonlawoffice.com | aretakis@nycap.rr.com |
| | |
| SPX CORPORATION | INRANGE TECHNOLOGIES |
| By Its Attorneys | CORP. |
| | By Its Attorney, |
| /s/ Jeffrey B. Storer | |
| Jeffrey B. Storer, BBO# 482620 | /s/ Thomas J. Conley |
| Ropes & Gray, LLP | Thomas J. Conley, *Pro Hac Vice* |
| One International Place | Leonard, Street and Deinard, PA |
| Boston, MA 02110-2624 | 150 South Fifth St., Ste. 2300 |
| (617) 951-7000 | Minneapolis, MN 55402 |
| jstorer@ropesgray.com | (612) 335-1634 |
| | tj.conley@leonard.com |

2

  /s/ Jeffrey L. Levy
Jeffrey L. Levy, Esq. BBO #559438.
Corrigan & Levy LLP
896 Beacon Street
Boston, Massachusetts 02215 USA
617 247 3800 tel
617 867 9224 fax
jeff@corriganlevy.com

Dated: May 9, 2005