## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EVANTHIA C. ARETAKIS and <br> CHARLES F. SVIRK, JR., <br>                                Plaintiffs, <br> v. <br> GENERAL SIGNAL, INC., GENERAL SIGNAL <br> NETWORKS, INC., SPX CORP., INRANGE <br> TECHNOLGIES CORP., ROBERT COACKLEY, <br> "JOHN DOE" and "JANE DOE", <br>       Defendants. | ) <br> ) <br> )   **C.A. No. 05-10257** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF DISMISSAL
## OF DEFENDANTS ROBERT COACKLEY, JOHN DOE and JANE DOE

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), the Parties, Evanthia Aretakis, Charles V. Svirk, SPX Corporation and Inrange Technologies Corp., hereby stipulate to the Dismissal of all claims brought against Robert Coackley, "John Doe" and "Jane Doe", without costs and without rights of appeal.

Respectfully submitted,

EVANTIA C. ARETAKIS and CHARLES F. SVIRK
By their attorneys,

/s/ Kenneth Gordon
Kenneth I. Gordon, BBO# 556762
63 Chatham Street
Boston, MA 02109
(617) 742-4602
kgordon@gordonlawoffice.com

/s/ John J. Aretakis
John J. Aretakis, *Pro Hac Vice*
353 E. 54th Street
New York, NY 10022
(212) 751-7853 fax (518) 286-3065
aretakis@nycap.rr.com

SPX CORPORATION
By Its Attorneys

/s/ Jeffrey B. Storer
Jeffrey B. Storer, BBO# 482620
Ropes & Gray, LLP
One International Place
Boston, MA 02110-2624
(617) 951-7000
jstorer@ropesgray.com

INRANGE TECHNOLOGIES CORP.
By Its Attorney,

/s/ Thomas J. Conley
Thomas J. Conley, *Pro Hac Vice*
Leonard, Street and Deinard, PA
150 South Fifth St., Ste. 2300
Minneapolis, MN 55402
(612) 335-1634

2

          tj.conley@leonard.com

           /s/ Jeffrey L. Levy
          Jeffrey L. Levy, Esq. BBO #559438.
          Corrigan & Levy LLP
          896 Beacon Street
          Boston, Massachusetts 02215 USA
          617 247 3800 tel
          617 867 9224 fax
          jeff@corriganlevy.com

Dated: May 9, 2005