UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EVANTHIA C. ARETAKIS and<br>CHARLES F. SVIRK, JR.,<br><br>    Plaintiffs,<br><br>v.<br><br>GENERAL SIGNAL, INC., GENERAL<br>SIGNAL NETWORKS, INC., SPX CORP.,<br>INRANGE TECHNOLOGIES CORP.,<br>ROBERT COACKLEY, "JOHN DOE" and<br>"JANE DOE,"<br><br>    Defendants. | Civil Action No. 05-10257-DPW |

**INRANGE TECHNOLOGIES CORP.'S ASSENTED-TO**
**MOTION FOR EXTENSION OF DISCOVERY DEADLINE**

    Defendant Inrange Technologies Corp. ("Inrange") moves that the discovery deadline in this case be extended three months, from December 1, 2005 to March 1, 2006. As grounds for this motion, Inrange states that the plaintiffs have not yet fully responded to its timely Requests for Production of Documents, and that the plaintiffs have indicated their intention to produce additional documents during the second week of December 2005. An extension of the discovery deadline is necessary to ensure that Inrange has an adequate opportunity to review the documents promised by the plaintiffs and follow up with any additional discovery that may be required.

The requested extension is not likely to cause any delay in the trial of this matter.

Counsel for the plaintiffs has assented to this motion.

ASSENTED TO:

| | |
|---|---|
| EVANTHIA C. ARETAKIS and<br>CHARLES F. SVIRK, JR. | INRANGE TECHNOLOGIES CORP. |
| By their attorney, | By its attorneys, |
| /s/Kenneth I. Gordon<br>Kenneth I. Gordon (BBO #556762)<br>63 Chatham Street<br>Boston, MA 02109<br>(617)742-4602 | /s/ Jeffrey L. Levy<br>Jeffrey L. Levy (BBO# 559438)<br>CORRIGAN & LEVY LLP<br>896 Beacon Street<br>Boston, Massachusetts 02215<br>(617)247-3800 |

Dated: November 30, 2005.