UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EVANTHIA C. ARETAKIS and<br>CHARLES F. SVIRK, JR.,<br><br>      Plaintiffs,<br><br>v.<br><br>INRANGE TECHNOLOGIES CORP.,<br><br>      Defendant. | Civil Action No. 05-10257-DPW |

## INRANGE TECHNOLOGIES CORP.'S ASSENTED-TO
## MOTION TO DEFER CERTAIN DISCOVERY

Defendant Inrange Technologies Corp. ("Inrange") hereby moves for an Order permitting it to defer several depositions until after the current February 1, 2006 discovery deadline, so that it may first bring a Motion for Summary Judgment. As grounds for this Motion, Inrange states as follows:

1. The Scheduling Order in this matter reflects a deadline for completing fact discovery of February 1, 2006, a deadline for bringing motions of May 16, 2006, and a further scheduling/status conference set for June 15, 2006.

2. Inrange intends to bring a motion for summary judgment on all of plaintiffs' claims, which it anticipates filing no later than January 31, 2006.

3. There are a number of depositions that Inrange desires to take prior to trial that are not necessary for its summary judgment motion, including those of Robert Coackley, William von Reichbauer, Charles Svirk, Jayne Fitzgerald, Jeffrey Christian, Fred Fromm, and Nicholas Aretakis.

4.       The parties have agreed that, in order to reduce litigation costs and disruptions, Inrange should be permitted to take those additional depositions after the close of discovery but prior to trial if necessary.

5.       This request is not likely to cause any delay in the trial of this matter.

WHEREFORE, Inrange requests that the Court permit it to take up to seven additional depositions prior to trial without regard to the February 1, 2006 discovery cut-off depending on the outcome of its motion for summary judgment. Counsel for the plaintiffs has assented to this motion.

ASSENTED TO:

| | |
|---|---|
| EVANTHIA C. ARETAKIS and<br>CHARLES F. SVIRK, JR. | INRANGE TECHNOLOGIES CORP. |
| By their attorney, | By its attorneys, |
| /s/Kenneth I. Gordon<br>Kenneth I. Gordon (BBO #556762)<br>63 Chatham Street<br>Boston, MA 02109<br>(617)742-4602 | /s/ Jeffrey L. Levy<br>Jeffrey L. Levy (BBO# 559438)<br>CORRIGAN & LEVY LLP<br>896 Beacon Street<br>Boston, Massachusetts 02215<br>(617) 247-3800 |
| John A. Aretakis (pro hac vice)<br>353 E. 54th Street<br>New York, NY 10022-4965 | Thomas J. Conley (pro hac vice)<br>Leonard, Street and Deinard, P.A.<br>150 South Fifth Street, Suite 2300<br>Minneapolis, MN 55402<br>(612) 335-1634<br>tjc@leonard.com |

Dated: January 3, 2006.