UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EVANTHIA C. ARETAKIS and<br>CHARLES F. SVIRK, JR.,<br><br>      Plaintiffs,<br><br>v.<br><br>INRANGE TECHNOLOGIES CORP.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 05-10257-DPW<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendant Inrange Technologies Corp. ("Inrange") moves for summary judgment in this action, dismissing all of plaintiffs' claims as a matter of law. As grounds for this Motion, Inrange relies on the Memorandum of Law and Affidavit of Jonathon T. Naples filed herewith.

**Request for Oral Argument**

Inrange requests a hearing on its Motion for Summary Judgment, as it believes that oral argument will assist the Court in resolving the issues raised by the Motion.

INRANGE TECHNOLOGIES CORP.

By its attorneys,

Dated: January 27, 2006

    /s/ Thomas J. Conley
Thomas J. Conley (*Pro Hac Vice*)
Leonard, Street and Deinard, PA
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
(612) 335-1634
(612) 335-1657 (fax)

1

        Jeffrey L. Levy (BBO#559438)
        Corrigan & Levy LLP
        896 Beacon Street
        Boston, MA  02215
        (617) 247-3800

**Rule 7.1(a)(2) Certification**

Pursuant to Local Rule 7.1(a)(2), counsel for Inrange certifies that he conferred with counsel for the Plaintiffs and attempted in good faith to resolve or narrow the issues raised by this Motion.

        _/s/ Thomas J. Conley_____

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those identified as non-registered participants on January 27, 2006.

        _/s/ Jeffrey L. Levy_____