**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CIVIL ACTION NO. 05-10257**

| | |
|---|---|
| EVANTHIA C. ARETAKIS and <br> CHARLES F. SVIRK, JR., <br>                    Plaintiffs, <br>      -v.- <br> <br> GENERAL SIGNAL, INC., et al. <br>       Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFF'S MOTION TO CONTINUE**
**DEADLINE TO OPPOSE MOTION FOR SUMMARY JUDGMENT**

The Plaintiffs, Evantia C. Aretakis and Charles F. Svirk, Jr., hereby move to continue the deadline for them to file an Opposition to the Motion for Summary Judgment of the Defendant Inrange Technologies, Corp. ("Inrange") from February 10, 2006 to April 1, 2006. If this Court is disinclined to allow the Plaintiff until April 1, 2006 to respond to the Motion for Summary Judgment, then the Plaintiff asks this Court for an extension to March 15, 2006.  As reasons therefore, the Plaintiff states that issues raised by the Motion are complex and Plaintiff's counsel's schedule has frustrated his opportunity to draft a proper opposition.  The Parties have conferred with each other the Defendant Inrange takes no position with respect to the substance of this motion.

By Plaintiff's Attorneys

  /s/ John A Aretakis
John A. Aretakis, Esq.
Pro Hac Vice
242 E. 54th Street
New York, NY  10022

  /s/ Kenneth I. Gordon
KENNETH I. GORDON, BBO# 556 762
63 Chatham Street
Boston, MA  02109

Dated: February 16, 2006          (617) 742-4602