UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EVANTHIA C. ARETAKIS and<br>CHARLES F. SVIRK, JR.,<br><br>       Plaintiffs,<br><br>v.<br><br>INRANGE TECHNOLOGIES CORP.,<br><br>       Defendant. | Civil Action No. 05-10257-DPW |

## **AFFIDAVIT OF JONATHON T. NAPLES**

Jonathon T. Naples, hereby deposes and states as follows:

1. I am one of the attorneys representing the Defendant in this matter. I make this Affidavit in support of Defendant's Memorandum in Support of Motion for Summary Judgment. Attached to this Affidavit are the following documents:

2. Attached as Exhibit A is a true and correct copy of excerpts from Plaintiff Evanthia C. Aretakis' Deposition transcript dated September 23, 2005.

3. Attached as Exhibit B is a true and correct copy of Aretakis Deposition Exhibit 2.

4. Attached as Exhibit C is a true and correct copy of Aretakis Deposition Exhibit 3.

5. Attached as Exhibit D is a true and correct copy of Aretakis Deposition Exhibit 11.

2709172.1

6.  Attached as Exhibit E is a true and correct copy of Aretakis Deposition Exhibit 14.

7.  Attached as Exhibit F is a true and correct copy of Aretakis Deposition Exhibit 19.

8.  Attached as Exhibit G is a copy of an article in the Philadelphia Business Journal dated 12/19/1997 entitled "General Signal ready to spin off."

9.  Attached as Exhibit H is a copy of <u>Montlouis v. Pirus Networks, Inc.</u>, 2005 WL 1009523 (Mass. Mar. 15, 2005).

10. Attached as Exhibit I is a copy of <u>Farrington v. DeAngelis</u>, 2000 WL 1273868 (Mass. Super. April 14, 2000).

11. Attached as Exhibit J is a true and correct copy of Aretakis Deposition Exhibit 21.

Signed under the penalties of perjury this 26th day of January, 2006.

                                                s/Jonathon T. Naples_____
                                                Jonathon T. Naples

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those identified as non-registered participants on January 27, 2006.

                                                _/s/ Jeffrey L. Levy_____

2709172.1