UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EVANTHIA C. ARETAKIS
    Plaintiff,

      v.                 CIVIL ACTION
                       NO. 05-10257-DPW

GENERAL SIGNAL, INC.,
GENERAL SIGNAL NETWORKS, INC,
SPX CORP,
INRANGE TECHNOLOGIES CORP.,
ROBERT COACKLEY,
"JOHN DOE" AND "JANE DOE"
    Defendants.

**JUDGMENT**

WOODLOCK, District Judge

    In accordance with this Court's Memorandum and Order dated June 7, 2006, granting the Motion for Summary Judgment filed by Defendant Inrange Technologies, and the Notice of Dismissal of Defendants Robert Coackley, John Doe and Jane Doe filed by Plaintiffs Evanthia C. Aretakis, Charles F. Svirk, Jr. on May 10, 2005, it is hereby ORDERED, ADJUDGED AND DECREED:

    **Judgment for the Defendants Inrange Technologies, General Signal Networks, Inc. ("GSN"), formally a subsidiary of General Signal,Inc. ("General Signal") and the predecessor of Defendant Inrange Technologies**

                        BY THE COURT,

                        /s/ Michelle Rynne
                        Deputy Clerk

DATED: June 16, 2006